United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
David B Shelley  
Sandra M Shelley  
    Debtors

Case No. 17-17964-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Lisa      Page 1 of 1      Date Rcvd: Oct 11, 2018  
                         Form ID: trc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2018.  
14053525      +PHEAA FRN,    PO Box 8147,    Harrisburg, PA 17105-8147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2018 at the address(es) listed below:  
           BARRY A. SOLODKY     on behalf of Debtor David B Shelley bsolodky@n-hlaw.com,  
            mbleacher@n-hlaw.com;jsimmerok@n-hlaw.com;dpeiffer@n-hlaw.com  
           BARRY A. SOLODKY     on behalf of Joint Debtor Sandra M Shelley bsolodky@n-hlaw.com,  
            mbleacher@n-hlaw.com;jsimmerok@n-hlaw.com;dpeiffer@n-hlaw.com  
           FREDERICK L. REIGLE     on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
            ecf_frpa@trustee13.com  
           KEVIN G. MCDONALD     on behalf of Creditor    Colonial Savings F.A. bkgroup@kmllawgroup.com  
           United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
           WILLIAM  MILLER*R     ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com  
                                                                                                                 TOTAL: 6

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-17964-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| David B Shelley<br>11 Stoneridge Lane<br>Lititz PA 17543 | Sandra M Shelley<br>11 Stoneridge Lane<br>Lititz PA 17543 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/10/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 12: PHEAA FRN, PO Box 8147, Harrisburg, PA 17105 | ECMC<br>PO Box 16408<br>St. Paul, MN 55116-0408 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   10/13/18

Tim McGrath
**CLERK OF THE COURT**