UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          Chapter  13

  David B. Shelley and
  Sandra M. Shelley,                          Case No. 17-17964-ref

_____Debtors_____

**ORDER**

AND NOW, based upon the Application for Compensation and Reimbursement of

Expenses by Debtors' counsel, and there being no answer or other responsive pleading being

filed,

IT IS HERBY ORDERED that the Application for Compensation and Reimbursement of

Expenses in the amount of $4,000 is granted.

BY THE COURT

**Date: November 5, 2018**

_____
                                             R.E.F.