United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
David B Shelley  
Sandra M Shelley  
      Debtors

Case No. 17-17964-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Lisa      Page 1 of 1      Date Rcvd: Nov 06, 2018  
                      Form ID: pdf900      Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2018.
```
db/jdb         +David B Shelley,    Sandra M Shelley,    11 Stoneridge Lane,    Lititz, PA 17543-7840
cr             +AmeriCredit Financial Services, Inc dba GM Financi,    PO Box 183853,    Arlington, TX 76096-3853
cr              ECMC,   P.O. BOX 16408,    ST. PAUL, MN 55116-0408
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/Text: bankruptcy@bbandt.com Nov 07 2018 02:37:09       BB&T,    Bankruptcy Section,
                 PO Box 1847,    Wilson, NC  27894-1847
cr             +E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2018 02:36:24       Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                               TOTAL: 2
```

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2018                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2018 at the address(es) listed below:
```
              BARRY A. SOLODKY    on behalf of Joint Debtor Sandra M Shelley bsolodky@n-hlaw.com,
               mbleacher@n-hlaw.com;jsimmerok@n-hlaw.com;dpeiffer@n-hlaw.com
              BARRY A. SOLODKY    on behalf of Debtor David B Shelley bsolodky@n-hlaw.com,
               mbleacher@n-hlaw.com;jsimmerok@n-hlaw.com;dpeiffer@n-hlaw.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              KEVIN G. MCDONALD    on behalf of Creditor    Colonial Savings F.A. bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Colonial Savings F.A. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                            Chapter 13

   David B. Shelley and
   Sandra M. Shelley,                     Case No. 17-17964-ref

                       Debtors

## ORDER

AND NOW, based upon the Application for Compensation and Reimbursement of Expenses by Debtors' counsel, and there being no answer or other responsive pleading being filed,

IT IS HERBY ORDERED that the Application for Compensation and Reimbursement of Expenses in the amount of $4,000 is granted.

BY THE COURT

**Date: November 5, 2018**

_____
R.E.F.