UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
DAVID B. SHELLEY                              :
SANDRA M. SHELLEY,                            :   Case No. 17-17964 REF
       *Debtors*                            :   Chapter 13
                                            :

### ORDER TO SHOW CAUSE WHY MOTION SHOULD NOT BE DISMISSED

Upon the failure of the parties to file an appropriate stipulation in settlement of the Motion For Relief From Stay filed by AmeriCredit Financial Services, Inc. dba GM Financial *(regarding a 2013 Buick Encore)*, on December 24, 2018, (the "Motion"),

IT IS HEREBY ORDERED that movant shall show cause why the Motion should not be dismissed, which show cause hearing shall be held as follows:

**U.S. Bankruptcy Court - E.D. Pa.
Third Floor, The Madison
400 Washington Street
Reading, Pennsylvania, 19601**

on:     Thursday, March 28, 2019

at:     9:30 a.m. prevailing time.

BY THE COURT

**Date: February 28, 2019**

_____
Richard E. Fehling,
Chief United States Bankruptcy Judge