United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
David B Shelley
Sandra M Shelley
          Debtors

Case No. 17-17964-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa               Page 1 of 1              Date Rcvd: Feb 28, 2019
                             Form ID: pdf900          Total Noticed: 5


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 02, 2019.
db/jdb       +David B Shelley,   Sandra M Shelley,   11 Stoneridge Lane,   Lititz, PA 17543-7840
cr           +AmeriCredit Financial Services, Inc dba GM Financi,   PO Box 183853,   Arlington, TX 76096-3853
cr            ECMC,   P.O. BOX  16408,   ST. PAUL, MN  55116-0408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            E-mail/Text: bankruptcy@bbandt.com Mar 01 2019 02:49:43     BB&T,   Bankruptcy Section,
               PO Box 1847,   Wilson, NC  27894-1847
cr           +E-mail/PDF: gecsedi@recoverycorp.com Mar 01 2019 02:59:04     Synchrony Bank,
               c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                      TOTAL: 2


             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2019                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 28, 2019 at the address(es) listed below:
              BARRY A. SOLODKY    on behalf of Debtor David B Shelley bsolodky@n-hlaw.com,
               mbleacher@n-hlaw.com;jsimmerok@n-hlaw.com;dpeiffer@n-hlaw.com
              BARRY A. SOLODKY    on behalf of Joint Debtor Sandra M Shelley bsolodky@n-hlaw.com,
               mbleacher@n-hlaw.com;jsimmerok@n-hlaw.com;dpeiffer@n-hlaw.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              KEVIN G. MCDONALD    on behalf of Creditor   Colonial Savings F.A. bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Colonial Savings F.A. bkgroup@kmllawgroup.com
              SCOTT  WATERMAN   ECFmail@fredreiglech13.com,   ECF_FRPA@Trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM EDWARD CRAIG    on behalf of Creditor   AmeriCredit Financial Services, Inc dba GM
               Financial ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                      TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
DAVID B. SHELLEY                         :
SANDRA M. SHELLEY,                       :        Case No. 17-17964 REF
                    *Debtors*            :        Chapter 13
                                         :

### ORDER TO SHOW CAUSE WHY MOTION SHOULD NOT BE DISMISSED

Upon the failure of the parties to file an appropriate stipulation in settlement of

the Motion For Relief From Stay filed by AmeriCredit Financial Services, Inc. dba GM

Financial *(regarding a 2013 Buick Encore)*, on December 24, 2018, (the "Motion"),

IT IS HEREBY ORDERED that movant shall show cause why the Motion should

not be dismissed, which show cause hearing shall be held as follows:

**U.S. Bankruptcy Court - E.D. Pa.**
**Third Floor, The Madison**
**400 Washington Street**
**Reading, Pennsylvania, 19601**

**on:      Thursday, March 28, 2019**

**at:      9:30 a.m. prevailing time.**

BY THE COURT

**Date: February 28, 2019**

_____
Richard E. Fehling,
Chief United States Bankruptcy Judge