United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
David B Shelley
Sandra M Shelley
    Debtors

Case No. 17-17964-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: ChrissyW    Page 1 of 1    Date Rcvd: Nov 15, 2019
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2019.
db           +David B Shelley,    11 Stoneridge Lane,    Lititz, PA 17543-7840

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                                          Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2019 at the address(es) listed below:
         BARRY A. SOLODKY    on behalf of Debtor David B Shelley bsolodky@n-hlaw.com,
          mbleacher@n-hlaw.com;asnavely@n-hlaw.com;lmitchell@n-hlaw.com
         BARRY A. SOLODKY    on behalf of Joint Debtor Sandra M Shelley bsolodky@n-hlaw.com,
          mbleacher@n-hlaw.com;asnavely@n-hlaw.com;lmitchell@n-hlaw.com
         FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         KEVIN G. MCDONALD    on behalf of Creditor    Colonial Savings F.A. bkgroup@kmllawgroup.com
         REBECCA ANN SOLARZ    on behalf of Creditor    Colonial Savings F.A. bkgroup@kmllawgroup.com
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc dba GM
          Financial ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                         TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: ) | |
| DAVID B. SHELLEY ) | CHAPTER 13 |
| SANDRA SHELLEY ) | |
| **Debtor(s)** ) | CASE NO. 17-17964-AMC |
| ) | |
| AMERICREDIT FINANCIAL SERVICES, INC., ) | 11 U.S.C. 362 |
| dba GM FINANCIAL ) | |
| **Moving Party** ) | |
| v. ) | **Hearing Date: 8-22-19 at 11:00 AM** |
| ) | |
| DAVID B. SHELLEY ) | |
| SANDRA M. SHELLEY ) | |
| **Respondent(s)** ) | |
| ) | |
| SCOTT WATERMAN ) | |
| **Trustee** | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between GM Financial and the Debtors in settlement of the Motion For Stay Relief, and filed on or about November 5, 2019 in the above matter is APPROVED.

Dated: **November 15, 2019**

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE