# IN THE UNITED STATES BANKRUPTCY COURT, EASTERN DISTRICT

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| David B. Shelley, | ) | Case No. 17-17964 |
| Sandra M. Shelley, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

## PRAECIPE TO SUBSTITUTE COUNSEL

TO THE CLERK:

Please substitute Matthew S. Bleacher, Esquire and Nikolaus & Hohenadel, LLP for Barry A. Solodky, Esquire and Saxton & Stump, LLC (previously at Nikolaus & Hohenadel, LLP) as counsel for Debtors in the above referenced matter.


Date: January 16, 2020       By: __/s/ Matthew S. Bleacher__
                                                      Matthew S. Bleacher, Esquire
                                                      Attorney I.D. No. 321958
                                                      Nikolaus & Hohenadel, LLP
                                                      212 North Queen Street
                                                      Lancaster, PA 17603
                                                      Phone: (717) 299-3726
                                                      Fax: (717) 299-1811
                                                      mbleacher@n-hlaw.com


Date: January 16, 2020       By: __/s/ Barry A. Solodky__
                                                      Barry A. Solodky, Esquire
                                                      Saxton & Stump, LLC
                                                      280 Granite Run Dr, Suite 300
                                                      Lancaster, PA 17601
                                                      Phone: 717-556-1000
                                                      E-mail: bso@saxtonstump.com

17-17964

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Praecipe to Substitute Counsel was sent by first-class mail, postage prepaid on the date set forth to the following:

David B. Shelley
Sandra M. Shelley
11 Stoneridge Lane
Lititz, PA 17543

Barry A. Solodky, Esquire
Saxton & Stump, LLC
280 Granite Run Dr, Suite 300
Lancaster, PA 17601

WILLIAM EDWARD CRAIG on behalf of Creditor AmeriCredit Financial Services, Inc dba GM Financial
ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

KEVIN G. MCDONALD on behalf of Creditor Colonial Savings F.A.
bkgroup@kmllawgroup.com

FREDERICK L. REIGLE on behalf of Trustee FREDERICK L. REIGLE
ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com

REBECCA ANN SOLARZ on behalf of Creditor Colonial Savings F.A.
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

BB&T
Bankruptcy Section
PO Box 1847
Wilson, NC 27894-1847

ECMC
P.O. BOX 16408
ST. PAUL, MN 55116-0408

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541


NIKOLAUS & HOHENADEL, LLP


Date: January 16, 2020     By:   /s/ Matthew S. Bleacher
                                 Matthew S. Bleacher, Esq. (321958)
                                 212 North Queen Street
                                 Lancaster, PA  17603
                                 Phone:  (717) 299-3726
                                 Fax:  (717) 299-1811