Office Mailing Address:                                                      Send Payments **ONLY** to:
Scott F. Waterman, Trustee                                                   Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100                                          P.O. Box 680
Reading, PA  19606                                                           Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 17-17964-PMM**

DAVID B  SHELLEY                                     Petition Filed Date: 11/28/2017
SANDRA M  SHELLEY                                    341 Hearing Date: 02/13/2018
11 STONERIDGE LANE                                   Confirmation Date: 10/25/2018
LITITZ  PA    17543

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2019 | $1,295.00 | | 01/28/2019 | $1,295.00 | | 02/25/2019 | $1,295.00 | |
| 03/26/2019 | $1,295.00 | | 04/25/2019 | $1,295.00 | | 05/20/2019 | $1,295.00 | |
| 07/08/2019 | $1,295.00 | | 07/29/2019 | $1,295.00 | | 09/03/2019 | $1,295.00 | Monthly Plan P |
| 10/07/2019 | $1,295.00 | | 11/04/2019 | $1,295.00 | | 12/04/2019 | $1,295.00 | |
| 01/07/2020 | $1,295.00 | | 02/03/2020 | $1,295.00 | | 03/09/2020 | $1,295.00 | |
| 03/30/2020 | $1,295.00 | | 05/04/2020 | $1,295.00 | | 06/02/2020 | $1,295.00 | |
| 07/06/2020 | $1,295.00 | | 08/04/2020 | $1,295.00 | | | | |

**Total Receipts for the Period: $25,900.00  Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $40,155.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 13 | US BANK NA DBA US BANK EQUIPMENT FINANCE<br>»» 013 | Unsecured Creditors | $59,081.15 | $0.00 | $59,081.15 |
| 7 | AMERICREDIT FINANCIAL SERVICES<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | ALLY FINANCIAL<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | BRANCH BANKING & TRUST CO<br>»» 001 | Mortgage Arrears | $9,441.73 | $4,836.02 | $4,605.71 |
| 10 | COLONIAL SAVINGS FA<br>»» 010 | Mortgage Arrears | $59,951.33 | $30,706.84 | $29,244.49 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $17,406.11 | $0.00 | $17,406.11 |
| 12 | EDUCATIONAL CREDIT MGMT CORP<br>»» 012 | Unsecured Creditors | $2,306.99 | $0.00 | $2,306.99 |
| 9 | FEDERAL LOAN SERVICING<br>»» 009 | Unsecured Creditors | $117,212.77 | $0.00 | $117,212.77 |
| 11 | LANCASTER GENERAL HOSPITAL<br>»» 011 | Unsecured Creditors | $70.45 | $0.00 | $70.45 |
| 14 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 014 | Unsecured Creditors | $5,668.12 | $0.00 | $5,668.12 |
| 5 | MOMA FUNDING LLC<br>»» 005 | Unsecured Creditors | $1,632.82 | $0.00 | $1,632.82 |
| 16 | ORIGEN VENTURES<br>»» 016 | Unsecured Creditors | $2,508.95 | $0.00 | $2,508.95 |
| 15 | USAA FEDERAL SAVINGS BANK<br>»» 015 | Unsecured Creditors | $9,767.94 | $0.00 | $9,767.94 |

**Chapter 13 Case No. 17-17964-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 8 | WELLS FARGO DEALER SERVICES<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | WELLS FARGO BANK NEVADA NA<br>»» 003 | Unsecured Creditors | $2,409.08 | $0.00 | $2,409.08 |
| 4 | WELLS FARGO BANK NEVADA NA<br>»» 004 | Unsecured Creditors | $5,274.41 | $0.00 | $5,274.41 |
| 0 | BARRY A SOLODKY ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | MATTHEW S. BLEACHER ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $40,155.00 | Current Monthly Payment: | $1,295.00 |
| Paid to Claims: | $35,542.86 | Arrearages: | $0.00 |
| Paid to Trustee: | $3,446.64 | Total Plan Base: | $76,415.00 |
| Funds on Hand: | $1,165.50 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
   for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.