| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
Chapter 13 Case No. 17-17964-PMM

DAVID B  SHELLEY  
SANDRA M  SHELLEY  
11 STONERIDGE LANE  
LITITZ  PA    17543

Petition Filed Date: 11/28/2017  
341 Hearing Date: 02/13/2018  
Confirmation Date: 10/25/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/03/2021 | $1,295.00 | | 06/02/2021 | $1,295.00 | | 07/02/2021 | $1,295.00 | |
| 08/02/2021 | $1,295.00 | 8/2/2021 | 08/26/2021 | $1,295.00 | | 09/30/2021 | $1,295.00 | |
| 11/03/2021 | $1,295.00 | | 12/06/2021 | $1,295.00 | | 12/30/2021 | $1,295.00 | |
| 02/03/2022 | $1,295.00 | | 03/03/2022 | $1,295.00 | | 03/29/2022 | $1,295.00 | |
| 05/02/2022 | $1,295.00 | | 06/01/2022 | $1,295.00 | | 07/01/2022 | $1,295.00 | |

**Total Receipts for the Period:  $19,425.00     Amount Refunded to Debtor Since Filing:  $0.00     Total Receipts Since Filing: $69,940.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 13 | US BANK NA DBA US BANK EQUIPMENT FINANCE<br>»» 013 | Unsecured Creditors | $59,081.15 | $0.00 | $59,081.15 |
| 7 | AMERICREDIT FINANCIAL SERVICES<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | ALLY FINANCIAL<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | BRANCH BANKING & TRUST CO<br>»» 001 | Mortgage Arrears | $9,441.73 | $8,710.65 | $731.08 |
| 10 | COLONIAL SAVINGS FA<br>»» 010 | Mortgage Arrears | $59,951.33 | $55,309.26 | $4,642.07 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $17,406.11 | $0.00 | $17,406.11 |
| 12 | EDUCATIONAL CREDIT MGMT CORP<br>»» 012 | Unsecured Creditors | $2,306.99 | $0.00 | $2,306.99 |
| 9 | FEDERAL LOAN SERVICING<br>»» 009 | Unsecured Creditors | $117,212.77 | $0.00 | $117,212.77 |
| 11 | LANCASTER GENERAL HOSPITAL<br>»» 011 | Unsecured Creditors | $70.45 | $0.00 | $70.45 |
| 14 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 014 | Unsecured Creditors | $5,668.12 | $0.00 | $5,668.12 |
| 5 | MOMA FUNDING LLC<br>»» 005 | Unsecured Creditors | $1,632.82 | $0.00 | $1,632.82 |
| 16 | ORIGEN VENTURES<br>»» 016 | Unsecured Creditors | $2,508.95 | $0.00 | $2,508.95 |
| 15 | USAA FEDERAL SAVINGS BANK<br>»» 015 | Unsecured Creditors | $9,767.94 | $0.00 | $9,767.94 |
| 8 | WELLS FARGO DEALER SERVICES<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 17-17964-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 3 | WELLS FARGO BANK NEVADA NA »» 003 | Unsecured Creditors | $2,409.08 | $0.00 | $2,409.08 |
| 4 | WELLS FARGO BANK NEVADA NA »» 004 | Unsecured Creditors | $5,274.41 | $0.00 | $5,274.41 |
| 0 | BARRY A SOLODKY ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 0 | MATTHEW S. BLEACHER ESQUIRE | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $69,940.00 | Current Monthly Payment: | $1,295.00 |
| Paid to Claims: | $64,019.91 | Arrearages: | $1,295.00 |
| Paid to Trustee: | $5,920.09 | Total Plan Base: | $76,415.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.