**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| David B. Shelley, and | ) | Case No. 17-17964-PMM |
| Sandra M. Shelley, | ) | |
| Debtor. | ) | |

## PRAECIPE TO WITHDRAW APPEARANCE

TO THE CLERK:

Please withdraw my appearance on behalf of the Debtor, in the above captioned matter.

Date:   September 1, 2022         By:     /s/ Matthew S. Bleacher
                                          Matthew S. Bleacher, Esquire
                                          Attorney I.D. No. 321958
                                          Nikolaus & Hohenadel, LLP
                                          212 North Queen Street
                                          Lancaster, PA 17603
                                          Phone: (717) 299-3726
                                          mbleacher@n-hlaw.com

## PRAECIPE TO ENTER APPEARANCE

TO THE CLERK:

Please enter my appearance on behalf of Debtor, in the above referenced matter.

Date:   September 1, 2022         By:     /s/ Thomas W. Fleckenstein
                                          Thomas W. Fleckenstein, Esquire
                                          Attorney I.D. No. 307390
                                          470 Locust Street
                                          Columbia, PA 17512
                                          Phone: (717) 333-4053
                                          tom@tomfleckenstein.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Praecipe to Enter and Withdraw Appearance was sent by first-class mail, postage prepaid on the date set forth to the following:

WILLIAM EDWARD CRAIG
ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

KEVIN G. MCDONALD
bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

BB&T
Bankruptcy Section
PO Box 1847
Wilson, NC 27894-1847

ECMC
P.O. BOX 16408
ST. PAUL, MN 55116-0408

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541


Date:   September 1, 2022              By:    /s/ Thomas W. Fleckenstein
                                              Thomas W. Fleckenstein, Esquire
                                              Attorney I.D. No. 307390
                                              470 Locust Street
                                              Columbia, PA 17512
                                              Phone: (717) 333-4053
                                              tom@tomfleckenstein.com