United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
David B Shelley  
Sandra M Shelley  
    Debtors

Case No. 17-17964-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 4  
Date Rcvd: Jan 23, 2023      Form ID: 138OBJ      Total Noticed: 58

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David B Shelley, Sandra M Shelley, 11 Stoneridge Lane, Lititz, PA 17543-7840 |
| 14019439 | + | Barley Snyder, Attn: Joshua J. Knapp, Esquire, 126 East King Street, Lancaster, PA 17602-2893 |
| 14019441 | | Branch Banking and Trust Company, S/B/M/ Susquehanna Bank, 7701 Airport Center Drive, Greensboro, NC 27409-9047 |
| 14019443 | | Colonial, Po Box 2988, Fort Worth, TX 76113-2988 |
| 14034067 | + | Department of Education, Fed Loan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 14019446 | + | Discover, PO Box 742655, Cincinnati, OH 45274-2655 |
| 14034069 | # | Fed Loan Servicing, PO Box 69184, Harrisburg, PA 17106-9184 |
| 14019448 | + | J&S Properties, Inc., 1416 Picket Drive, Lancaster, PA 17601-4581 |
| 14019451 | + | LL Bean Visa Card, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14019450 | + | Larry S. Eisman, Esquire, 11 Elliott Avenue, Suite 200, Bryn Mawr, PA 19010-3407 |
| 14281524 | + | Origen Capital Investments VI, LLC, Mark Pfeiffer, Esq./Christopher P. Schue, Buchanan Ingersoll & Rooney PC, 50 S. 16th Street, Suite 3200, Philadelphia, PA 19102-2555 |
| 14019453 | + | PPL Utilities, 2 North 9th Street CPC-GENN1, Allentown, PA 18101-1179 |
| 14019452 | | Phelan Hallinan Diamond & Jones, LLP, Attn: Elizabeth M. Bennett, Esquire, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14019454 | + | Susquehann Bank, 1570 Manheim Pike, PO Box 3300, Lancaster, PA 17604-3300 |
| 14079596 | + | U.S. Bank, N.A. d/b/a U.S. Bank Equipment Finance, 1310 Madrid Street, Marshall, MN 56258-4099 |
| 14048773 | | U.S.Department of Education, C/O FedLoan Servicing, P.O.Box 69184, Harrisburg PA 17106-9184 |
| 14019456 | + | UGI, PO Box 15503, Wilmington, DE 19850-5503 |
| 14019460 | + | WTMA, PO Box 336, Lititz, PA 17543-0336 |
| 14019457 | + | Wells Fargo Dealer Services, PO Box 17900, Denver, CO 80217-0900 |
| 14019458 | + | Wells Fargo Visa, PO Box 77053, Minneapolis, MN 55480-7753 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jan 24 2023 00:20:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 24 2023 00:20:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14019437 | + | Email/Text: bncnotifications@pheaa.org | Jan 24 2023 00:20:00 | AES Credit, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 14044410 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 24 2023 00:20:00 | Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |

| Record | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14034062 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 24 2023 00:20:00 | Ally Bank, PO Box 380901, Minneapolis, MN 55438-0901 |
| 14019438 | | Email/Text: ally@ebn.phinsolutions.com | Jan 24 2023 00:20:00 | Ally Bank, Po Box 78234, Phoenix, AZ 85062-8234 |
| 14621405 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 24 2023 00:32:35 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14035802 | | Email/Text: ally@ebn.phinsolutions.com | Jan 24 2023 00:20:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14034063 | + | Email/Text: bncnotifications@pheaa.org | Jan 24 2023 00:20:00 | American Education Services, Payment Center, PO Box 61047, Harrisburg, PA 17106-1047 |
| 14019440 | | Email/Text: bankruptcy@bbandt.com | Jan 24 2023 00:20:00 | BB&T, PO Box 2306, Wilson, NC 27894 |
| 14023325 | | Email/Text: bankruptcy@bbandt.com | Jan 24 2023 00:20:00 | Branch Banking & Trust Company, Bankruptcy Section, 100-50-01-51, PO Box 1847, Wilson, NC 27894 |
| 14034064 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 24 2023 00:20:00 | Barclay Card / LL Bean Visa Card, PO Box 13337, Philadelphia, PA 19101-3337 |
| 14034065 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 24 2023 00:20:00 | Barclays Bank of Delaware, Po Box 8803, Wilmington, DE 19899-8803 |
| 14034066 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 24 2023 00:22:03 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14019442 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 24 2023 00:21:53 | Capitol One, PO Box 71083, Charlotte, NC 28272-1083 |
| 14050859 | + | Email/Text: bankruptcydesk@colonialsavings.com | Jan 24 2023 00:20:00 | Colonial Savings F.A., 2626 W FWY, Fort Worth, TX 76102-7109 |
| 14019444 | + | Email/Text: bankruptcydesk@colonialsavings.com | Jan 24 2023 00:20:00 | Colonial Savings, F.A., 2626 West Freeway, Fort Worth, TX 76102-7109 |
| 14034068 | | Email/Text: mrdiscen@discover.com | Jan 24 2023 00:20:00 | Discover Financial Services, PO Box 15316, Wilmington, DE 19850 |
| 14029872 | | Email/Text: mrdiscen@discover.com | Jan 24 2023 00:20:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14211141 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 24 2023 00:20:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14019447 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 24 2023 00:20:00 | GM Financial, PO Box 78143, Phoenix, AZ 85062-8143 |
| 14034070 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jan 24 2023 00:20:00 | GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 14019449 | ^ | MEBN | Jan 24 2023 00:19:16 | KML Law Group, P.C., Suite 5000 - BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14053106 | ^ | MEBN | Jan 24 2023 00:19:18 | Lancaster Gen Hospital, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14091778 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 24 2023 00:20:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14053524 | + | Email/Text: bncnotifications@pheaa.org | Jan 24 2023 00:20:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14053525 | + | Email/Text: bncnotifications@pheaa.org | Jan 24 2023 00:20:00 | PHEAA FRN, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14020447 | + | Email/PDF: rmscedi@recoverycorp.com | Jan 24 2023 00:32:40 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14035602 | | Email/Text: bnc-quantum@quantum3group.com | Jan 24 2023 00:20:00 | Quantum3 Group LLC as agent for, MOMA |

Case 17-17964-pmm   Doc 70   Filed 01/25/23   Entered 01/26/23 00:34:43   Desc Imaged
Certificate of Notice   Page 3 of 5

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 23, 2023 | Form ID: 138OBJ | Total Noticed: 58 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14020590 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 24 2023 00:22:03 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14019455 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jan 24 2023 00:20:00 | U.S. Bank National Association, d/b/a U.S. Bank Equiptment Finance, 1310 Madrid Street, Marshall, MN 56258-4099 |
| 14098652 | + | Email/Text: RASEBN@raslg.com | Jan 24 2023 00:20:00 | USAA Federal Savings ank, c/o Robertson Anschutz Schnied Crane &, 10700 Abbott's Bridge Road Suite 170, Duluth, GA 30097-8461 |
| 14034071 | + | Email/Text: bkelectronicnotices@usaa.com | Jan 24 2023 00:20:00 | USAA Savings Bank, PO Box 33009, San Antonio, TX 78265-3009 |
| 14047356 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 24 2023 00:22:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se, P.O. Box 19657, Irvine, CA 92623-9657 |
| 14031348 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 24 2023 00:22:03 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14034072 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 24 2023 00:32:40 | Wells Fargo Card Services, PO Box 14517, Des Moines, IA 50306-3517 |
| 14034073 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 24 2023 00:22:03 | Wells Fargo Dealer Services, Po Box 1697, Winterville, NC 28590-1697 |
| 14019459 | + | Email/Text: wci.bankruptcy@windstream.com | Jan 24 2023 00:20:00 | Windstream, PO Box 9001908, Louisville, KY 40290-1908 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14046753 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc, dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 14048774 | * | U.S.Department of Education, C/O FedLoan Servicing, P.O.Box 69184, Harrisburg PA 17106-9184 |
| 14031354 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14019445 | ##+ | Department of Education, Fed Loan Servicing, PO Box 530210, Atlanta, GA 30353-0210 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 25, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2023 at the address(es) listed below:

District/off: 0313-4 | User: admin | Page 4 of 4
Date Rcvd: Jan 23, 2023 | Form ID: 138OBJ | Total Noticed: 58

| Name | Email Address |
|------|---------------|
| BARRY A. SOLODKY | on behalf of Debtor David B Shelley BSO@saxtonstump.com msf@saxtonstump.com;pfg@saxtonstump.com |
| BARRY A. SOLODKY | on behalf of Joint Debtor Sandra M Shelley BSO@saxtonstump.com msf@saxtonstump.com;pfg@saxtonstump.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Colonial Savings F.A. bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor USAA Federal Savings Bank cwohlrab@raslg.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Colonial Savings F.A. bkgroup@kmllawgroup.com |
| KEVIN G. MCDONALD | on behalf of Creditor Colonial Savings F.A. bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Colonial Savings F.A. mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| THOMAS W. FLECKENSTEIN | on behalf of Joint Debtor Sandra M Shelley Tom@TomFleckenstein.com |
| THOMAS W. FLECKENSTEIN | on behalf of Debtor David B Shelley Tom@TomFleckenstein.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor AmeriCredit Financial Services Inc dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: David B Shelley and Sandra M Shelley

    Debtor(s)

Case No: 17−17964−pmm

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 1/23/23