United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 17-17964-pmm

David B Shelley  Chapter 13

Sandra M Shelley

    Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: admin    Page 1 of 2
Date Rcvd: May 31, 2023    Form ID: 195    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | David B Shelley, Sandra M Shelley, 11 Stoneridge Lane, Lititz, PA 17543-7840 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2023 at the address(es) listed below:

**Name**      **Email Address**

BARRY A. SOLODKY
     on behalf of Debtor David B Shelley BSO@saxtonstump.com msf@saxtonstump.com

BARRY A. SOLODKY
     on behalf of Joint Debtor Sandra M Shelley BSO@saxtonstump.com msf@saxtonstump.com

BRIAN CRAIG NICHOLAS
     on behalf of Creditor Colonial Savings F.A. bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com

CHARLES GRIFFIN WOHLRAB
     on behalf of Creditor USAA Federal Savings Bank cwohlrab@raslg.com

DENISE ELIZABETH CARLON
     on behalf of Creditor Colonial Savings F.A. bkgroup@kmllawgroup.com

KEVIN G. MCDONALD
     on behalf of Creditor Colonial Savings F.A. bkgroup@kmllawgroup.com

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: May 31, 2023 | Form ID: 195 | Total Noticed: 1 |

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor Colonial Savings F.A. mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

THOMAS W. FLECKENSTEIN
    on behalf of Joint Debtor Sandra M Shelley Tom@TomFleckenstein.com

THOMAS W. FLECKENSTEIN
    on behalf of Debtor David B Shelley Tom@TomFleckenstein.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM EDWARD CRAIG
    on behalf of Creditor AmeriCredit Financial Services  Inc dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

David B Shelley and Sandra M Shelley : Case No. 17−17964−pmm

    Debtor(s)

### *ORDER*
_____

AND NOW, this day , May 31, 2023 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge , United States Bankruptcy Court

76
Form 195