

```
DAVID B SHELLEY                                    YOUR LOAN NUMBER: ████
SANDRA M SHELLEY
11 STONERIDGE LN
LITITZ              PA 17543-7840
                                                   DATE: 10/04/22
```

*** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING    12/22 THROUGH    11/23.

```
------- ANTICIPATED PAYMENTS FROM ESCROW -    12/22 THROUGH    11/23 -------
            HOMEOWNERS 1ST                  3433.10
            CITY TAXES                      1510.06
            SCHOOL                          7864.26

            TOTAL PAYMENTS FROM ESCROW     12807.42

            MONTHLY PAYMENT TO ESCROW       1067.28 (1/12TH OF ABOVE TOTAL)

------- ANTICIPATED ESCROW ACTIVITY -    12/22 THROUGH    11/23--------
         -ANTICIPATED PAYMENTS-                 -- ESCROW BALANCE COMPARISON --
MONTH    TO ESCROW   FROM ESCROW  DESCRIPTION    ANTICIPATED         REQUIRED
                     ACTUAL STARTING BALANCE        7026.31           5336.46
DEC 22    1067.28                                   8093.59           6403.74
JAN 23    1067.28     3433.10   HOMEOWNERS 1ST      5727.77           4037.92
FEB 23    1067.28                                   6795.05           5105.20
MAR 23    1067.28                                   7862.33           6172.48
APR 23    1067.28     1510.06   CITY TAXES          7419.55           5729.70
MAY 23    1067.28                                   8486.83           6796.98
JUN 23    1067.28                                   9554.11           7864.26
JUL 23    1067.28                                  10621.39           8931.54
AUG 23    1067.28     7864.26   SCHOOL        ALP   3824.41    RLP    2134.56
SEP 23    1067.28                                   4891.69           3201.84
OCT 23    1067.28                                   5958.97           4269.12
NOV 23    1067.28                                   7026.25           5336.40
```

------------ DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS         0.00.
NOTE - THIS SHORTAGE THAT WILL BECOME PART OF YOUR MONTHLY PAYMENT
WILL BE COLLECTED FOR A PERIOD OF 00 MONTHS FROM DECEMBER 01, 2022

Customer Relations Department  2626B West Freeway, PO Box 2988, Fort Worth, Texas 76113
Phone: 800-937-6002  Fax: 817-390-2313  www.ServiceHomeLoan.com



```
IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS        1689.85.


------------------ CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------
            PRINCIPAL & INTEREST                         1872.52
            ESCROW (1/12TH OF ANNUAL ANTICIPATED         1067.28
               DISBURSEMENTS AS COMPUTED ABOVE)
            PLUS: OPTIONAL INSURANCE PREMIUMS               0.00
            PLUS: REPLACEMENT RESERVE OR FHA SVC CHG        0.00
            PLUS: SHORTAGE PAYMENT                          0.00
            MINUS: SURPLUS CREDIT                           0.00
            ROUNDING ADJUSTMENT                             0.00
            MINUS: BUYDOWN/ASSISTANCE PAYMENTS              0.00


BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 12/01/22    2939.80
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS    2134.56.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS       2134.56.


YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
09/22        1029.96       10/22       1029.96       11/22         1029.96
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00        0.00                      00/00         0.00
00/00        0.00                      00/00         0.00
00/00        0.00                      00/00         0.00


FOR THE PURPOSES OF THIS ESCROW ANALYSIS, ADJUSTMENTS TO THE ESCROW
BALANCE AND/OR ESCROW DATA WERE COMPLETED PENDING INFORMATION FROM
YOU.  PLEASE FORWARD APPROPRIATE INFORMATION TO OUR OFFICE IMMEDIATELY.
```

Customer Relations Department 2626B West Freeway, PO Box 2988, Fort Worth, Texas 76113
Phone: 800-937-6002 Fax: 817-390-2313 www.ServiceHomeLoan.com

LHMORTSV



```
DAVID B SHELLEY                           YOUR LOAN NUMBER: ███████
SANDRA M SHELLEY
11 STONERIDGE LN
LITITZ              PA 17543-7840
                                          DATE: 10/04/22
```

\* ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLE ACCOUNT HISTORY \*

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW
ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING DEC, 2021 AND ENDING NOV, 2022.
IF YOUR LOAN WAS PAID-OFF, ASSUMED OR TRANSFERRED DURING THIS PRIOR CYCLE, OR
THE COMPUTATION YEAR IS BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT.
THIS STATEMENT IS INFORMATIONAL ONLY AND REQUIRES NO ACTION ON YOUR PART.

              --- YOUR PAYMENT BREAKDOWN AS OF DEC, 2021 IS ---

```
              PRINCIPAL & INTEREST            1872.52
              ESCROW DEPOSIT                  1029.96
              OPTIONAL INSURANCE                 0.00
              REPLACE RESV/FHA SVC CHG           0.00
              SHORTAGE                           0.00
              DEFICIENCY                         0.00
              SURPLUS                            0.00
              ROUNDING                           0.00
              LESS BUYDOWN/ASST PAYMENT          0.00
              BORROWER PAYMENT                2902.48
```

|         | PAYMENTS TO ESCROW |          | --- PAYMENTS FROM ESCROW ---- |          |             | -- ESCROW BALANCE -- |         |
|---------|--------------------|----------|-------------------------------|----------|-------------|----------------------|---------|
| MONTH   | PRIOR PRJ          | ACTUAL   | PRIOR PRJ                     | ACTUAL   | DESCRIPTION | PRIOR PRJ            | ACTUAL  |
| DEC 21  | 1029.96            | 1021.78* |                               |          |             | 6179.86              | 5188.03 |
| JAN 22  | 1029.96            | 1021.78* | 2985.30                       | 3426.25* | HOMEOW      | 4224.52              | 2783.56 |
| FEB 22  | 1029.96            | 1021.78* |                               |          |             | 5254.48              | 3805.34 |
| MAR 22  | 1029.96            | 1029.96  |                               |          |             |                      |         |
| MAR 22  |                    | 1029.96* |                               |          |             | 6284.44              | 5865.26 |
| APR 22  | 1029.96            | 1029.96  | 1510.06                       | 1507.05* | CITY T      | 5804.34              | 5388.17 |
| MAY 22  | 1029.96            | 1029.96  |                               |          |             | 6834.30              | 6418.13 |
| JUN 22  | 1029.96            | 1029.96  |                               |          |             | 7864.26              | 7448.09 |
| JUL 22  | 1029.96            | 1029.96  |                               | 7848.57* | SCHOOL      | 8894.22              | 629.48 A |
| AUG 22  | 1029.96            | 1029.96  | 7864.26                       |          |             |                      |         |
| AUG 22  |                    | 1029.96* |                               | *        |             | 2059.92 T            | 2689.40 |
| SEP 22  | 1029.96            | 1029.96  |                               |          |             | 3089.88              | 3719.36 |
| OCT 22  | 1029.96            | **       |                               |          |             | 4119.84              | 3719.36 |

Customer Relations Department  2626B West Freeway, PO Box 2988, Fort Worth, Texas 76113
Phone: 800-937-6002  Fax: 817-390-2313  www.ServiceHomeLoan.com

LHMORTSV



NOV 22    1029.96         **                                    5149.80        3719.36

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHED THE LOWEST POINT,
THAT BALANCE WAS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED
DISBURSEMENTS. YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST
BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT
BALANCE (T) WAS        2059.92. YOUR ACTUAL LOW POINT ESCROW BALANCE (A) WAS
       629.48.

BY COMPARING THE ANTICIPATED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS
YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED. AN ASTERISK (*)
INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE PROJECTED
ACTIVITY AND THE ACTUAL ACTIVITY. A DOUBLE ASTERISK (**) INDICATES PROJECTED
ACTIVITY THAT HAS NOT YET OCCURRED DUE TO THE DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR
PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
07/21       1021.78      08/21       1021.78       09/21        1021.78
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00        0.00                            00/00         0.00
00/00        0.00                            00/00         0.00
00/00        0.00                            00/00         0.00

Customer Relations Department  2626B West Freeway, PO Box 2988, Fort Worth, Texas 76113
Phone: 800-937-6002  Fax: 817-390-2313  www.ServiceHomeLoan.com

LHMORTSV