# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: David B. Shelley**<br>**Sandra M. Shelley**<br>　　　　　　　　　　**Debtors**<br><br>**COLONIAL SAVINGS F.A.**<br>　　　　　　　　　　**Movant**<br>**vs.**<br><br>**David B. Shelley**<br>**Sandra M. Shelley**<br>　　　　　　　　　　**Debtors**<br><br>**Scott F. Waterman, Esq.**<br>　　　　　　　　　　**Trustee** | **BK NO. 17-17964 PMM**<br><br>**Chapter 13**<br><br>**Related to Claim No. 10** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas, Esquire, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>October 11, 2022</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtors</u>
David B. Shelley
11 Stoneridge Lane
Lititz, PA 17542

Sandra M. Shelley
11 Stoneridge Lane
Lititz, PA 17542

<u>Attorney for Debtors</u>
Barry A. Solodky, Esq.
Saxton & Stump, LLC
280 Granite Run Drive, Suite 300 (VIA ECF)
Lancaster, PA 17601

<u>Trustee</u>
Scott F. Waterman , Esq.
Chapter 13 Trustee
2901 St. Lawrence Ave., Suite 100  (VIA ECF)
Reading, PA 19606

Method of Service:  Electronic means or first-class mail.

Dated: <u>October 11, 2022</u>

　　　　　　　　　　　　　　　　　　　　　**/s/Brian C. Nicholas, Esquire**
　　　　　　　　　　　　　　　　　　　　　Brian C. Nicholas, Esquire
　　　　　　　　　　　　　　　　　　　　　Attorney I.D. 317240
　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　　412-430-3594
　　　　　　　　　　　　　　　　　　　　　bnicholas@kmllawgroup.com